DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

VIRGINIA SOWARDS,

Appellant,

v.

R&J ENTERPRISES OF TAMPA, INC.,
d/b/a STOP N SHOP; JAMILA JABER; and
YADIRA JABER,

Appellees.

No. 2D2024-1080

————————————————

September 26, 2025

Appeal from the Circuit Court for Hillsborough County; Emily A.
Peacock, Judge.

Lawrence H. Liebling of Lawrence H. Liebling, P.A., Palm Harbor, for
Appellant.

Michael J. Dono, Jerry D. Hamilton, and Robert J. Bowden, of Hamilton,
Miller & Birthisel, LLP, Miami, for Appellees.


PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.